**Order filed June 4, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00350-CV

———————

### JIMMY GETTINGS, Appellant

### V.

### DARLENE BOUNDS, GRADY GETTINGS, BELVA GETTINGS, CHURCH OF CHRIST, MILL ROAD, OF DURHAM, NORTH CAROLINA, CHURCH OF CHRIST OF CAMPIONS OF HOUSTON, TEXAS DOES 1-25, Appellees

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2018-02794**

## ORDER

On May 13, 2019, appellant filed a statement of inability to afford payment of court costs in this case. This court deemed appellant indigent for purposes of the appellate filing fee only on May 21, 2019. *See* Tex. R. App. P. 20.1. This court further informed appellant that to obtain the clerk's record without payment of costs,

a party must file a statement of inability to afford payment of court costs in the trial court. *See* Tex. R. Civ. P. 145. No response has been filed.

Accordingly, appellant is ordered to provide proof to this court that he has made arrangements to pay for the clerk's record or has filed a statement of inability to afford payment of court costs pursuant to Rule 145 of the Texas Rules of Civil Procedure. *See* Tex. R. App. P. 35.3(c). Such proof must be filed by **June 14, 2019**.

If appellant fails to comply with this order, the appeal may be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM